NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HORIZON LINES, LLC,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-1163

---

Appeal from the United States Court of International Trade in case no. 08-CV-0009, Judge Evan J. Wallach.

---

**ON MOTION**

---

**ORDER**

The United States moves without opposition for a 30-day extension of time, until August 2, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 13 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Evelyn M. Suarez, Esq.
    Edward F. Kenny, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 13 2012

JAN HORBALY
CLERK